# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1169**
**CA 11-00034**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, SCONIERS, AND GREEN, JJ.

---

IN THE MATTER OF JEFFREY THRALL,
PETITIONER-RESPONDENT,

V                                    MEMORANDUM AND ORDER

CNY CENTRO, INC. AND CENTRAL NEW YORK REGIONAL
TRANSPORTATION AUTHORITY, RESPONDENTS-APPELLANTS.
(APPEAL NO. 2.)

---

FERRARA, FIORENZA, LARRISON, BARRETT & REITZ, P.C., EAST SYRACUSE
(CRAIG M. ATLAS OF COUNSEL), FOR RESPONDENTS-APPELLANTS.

ROBERT LOUIS RILEY, SYRACUSE, FOR PETITIONER-RESPONDENT.

---

Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (James P. Murphy, J.), entered April 19, 2010 in a proceeding pursuant to CPLR article 78.  The order and judgment, among other things, granted petitioner's motion for summary judgment.

It is hereby ORDERED that said appeal is unanimously dismissed without costs, and the "order and judgment" is vacated.

Same Memorandum as in *Matter of Thrall v CNY Centro, Inc.* ([appeal No. 1] ___ AD3d ___ [Nov. 10, 2011]).

Entered:  November 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court